United States District Court
District Of Maine

Hannah Levecque, et al.                  )
                                         )
              Plaintiffs,                 )
                                         )
v.                                       )   Civil Action No. 2:14-CV-218-JAW
                                         )
Argo Marketing Group, Inc.,              )
et al.                                   )
                                         )
              Defendants.                )


**Joint Motion for Order Approving Settlement**


Plaintiffs Hannah LeVecque, Beth Dazet, Nicholas Passafiume, Celeste Wing, and Matthew Violette, on behalf of themselves and all others similarly situated who filed Opt In Consent Forms with this Court, and Defendants Argo Marketing Group, Inc., Jason Levesque, and Daniel Molloy (collectively, "Defendants"), by and through the undersigned counsel, hereby jointly move the Court to approve the settlement in this matter. In support of this Motion, the parties state as follows:

1.      On June 24, 2016, the parties moved for an order to dispense with a fairness hearing (Dkt. 119-1) with respect to the proposed settlement in this matter. (See PageID # 966-969 for the material terms of the settlement.)

2.      On October 27, 2016, the Court granted the Joint Motion to Dispense with Fairness Hearing (Dkt. 123).

3.      On November 8, 2016, the class action administrator in this matter, Settlement Services, Inc., mailed to each of the 184 opt-in plaintiffs the court-approved Notice of Proposed Settlement ("Notice") (Dkt. 119-2) and their individual settlement calculation sheet (Dkt. 119-3) (collectively, "the Mailing").

4.      The Notice gave 30 days from the date of the Mailing, or until December 8, 2016, for a written objection to the proposed settlement to be mailed to Johnson, Webbert & Young ("JWY"), 160 Capitol Street, Suite 3, P.O. Box 79, Augusta, Maine 04330. The undersigned counsel did not receive any written objections by mail.

5.      Out of a total of 184 opt-in Plaintiffs, JWY has received emails from three opt-in plaintiffs (Angela Rumery, Andrew Denis, and Laurie Anderson), and a telephone call from one opt-in plaintiff (Nicole Warner), regarding issues and questions about the proposed settlement.

a.      Angela Rumery advised that she was upset with the amount of the settlement and suggested she would be filing a written objection letter. Declaration of Jeffrey Neil Young in Support of Final Approval of Settlement ("Young Final Approval Decl."), ¶ 2 (attached as Exhibit 1). Jeff Young and Carol Garvan called Ms. Rumery to discuss her concerns. Ms. Rumery was upset that Argo had not provided her with a leave of absence and instead fired her when her father required surgery. Declaration of Jeffrey Neil Young in Support of Final Approval of Settlement ("Young Final Approval Decl."), ¶ 2. She also claimed that she had worked days at Argo without being paid.

2

Attorney Young advised her that the suit concerned unpaid wages and that we could not address the merits of any claim that she might have for wrongful discharge. *Id.* He also told her that to his knowledge no other class members were claiming they had worked entire days without being paid and invited her to send any evidence that she might have supporting such a claim. Attorney Young also encouraged her to send a written mailed objection if she still thought the settlement was unfair. *Id.* JWY has not received any written mailed objection from Ms. Rumery. *Id.*

b.     Andrew Denis questioned: 1) whether an objection must be mailed to JWY instead of emailed and 2) whether JWY received any information for this case from the Maine Department of Labor (Mr. Denis noted that he had written a 10-page letter to the MDOL in 2013). Mr. Denis also stated his disappointment with the settlement amount. *Id.* at ¶ 3.

JWY attempted to contact Mr. Denis by both voicemail on November 15, 2016 and email in order to schedule a phone call with Attorneys Young and Garvan regarding his concerns. *Id.* Mr. Denis responded by email saying he did not have phone service and would prefer an email response to his original email. *Id.* Jeff Young responded to Mr. Denis's concerns raised in Mr. Denis's his November 13, 2016 email and advised that his correspondence with the MDOL was confidential but that Argo had produced to JWY communications between the company and the MDOL, which were helpful to Plaintiffs' case. Attorney Young also explained how the terms of

3

the settlement were arrived at and clarified that if Mr. Denis wished to object to the settlement, he would need to send a written mailed objection to JWY. *Id..* JWY has not received any written mailed objection from Mr. Denis. *Id.*

c.      Laurie Anderson expressed her disappointment with the lack of any damages for pain and suffering, the amount of her share of the settlement, the three-year payout, and the fees allocated to counsel. *Id.* at ¶ 4. Jeff Young called Ms. Anderson and attempted to answer all of her questions. *Id.* He explained that the wage and hour laws do not provide for damages for pain and suffering and that the only three individuals who were receiving any such damages had filed whistleblower claims with the Maine Human Rights Commission which provides for compensatory damages and that she had not done so. *Id.* Attorney Young explained to Ms. Anderson that because all of her employment with Argo was after December 2013, when Argo began paying for rest breaks, the amount due her was relatively minimal. *Id.* At the end of the conversation, he encouraged Ms. Anderson to send a written objection by mail if she was dissatisfied with her share of the settlement and the payout period. Ms. Anderson indicated that she did not intend to do so. *Id.* JWY has not received any written mailed objection from Mr. Anderson. *Id.*

d.      On November 18, 2016, Nicole Warner called questioning the amount of her settlement and stated that she thought it was too low. Declaration of Nancy Pollock (Pollock Decl.), ¶ 2 (attached as Exhibit 2).

4

Although Ms. Warner was scheduled to speak with Jeffrey Young and Carol Garvan, Ms. Warner did not answer the call or schedule a further call, despite the voicemail that was left encouraging her to do so. *Id.*; Young Final Approval Decl. ¶ 5.  JWY has not received any written mailed objection from Ms. Warner. Young Final Approval Decl. ¶ 5.

6.      Since the Mailing, JWY received calls or emails from six opt-in plaintiffs--Beverly Bernard, Ashley Gibson, Amanda Keefe, Lorraine Larrabee, Angela Rumery, and Nicole Shaw--asking if the date the first settlement checks would be mailed was known. Pollock Decl. ¶ 3. They were told that the date is not known and that the settlement needs final court approval first. *Id.*

7.      The Mailing resulted in 10 returns to JWY from the Post Office. *Id.* at ¶ 4. JWY forwarded two returns to updated addresses ascertained from its TLO.com people finder account: George Botelho and Nicholas Larrabee. *Id.* Updated addresses for 8 of the 10—Shawn Beede, Devon Hamel, Nicholas Larrabee, Hector Mendoza, Adina Nelson, Alexis Nieuwenhuys, Scott Pacios, and David Perry—could not be ascertained from TLO.com. *Id.* JWY sent Emails were on November 28, 2016 to Ms. Hamel and Ms. Nelson; on November 30 to Hector Mendoza; on December 1 to David Perry; and on December 9 to Alexis Nieuwenhuys and Scott Pacios at their email addresses noted on their opt-in forms asking for updated mailing addresses in order to receive the proposed settlement paperwork. *Id.* None of the emails have bounced back. *Id.* As of December 13, 2016, no replies have been received by any of these opt-in members. *Id.*

8.      As of December 13, 2016, JWY has not received any written mailed objections to the proposed settlement.

Based upon the foregoing, the Parties jointly request that the Court grant their Motion to Approve Settlement.

Date: December 13, 2016                   Respectfully submitted,


/s/ Jeffrey Neil Young
Jeffrey Neil Young
Carol J. Garvan
Johnson, Webbert & Young, LLP
160 Capitol St., Suite 3
Augusta, ME 04332
Tel: 207-623-5510
Email: jyoung@johnsonwebbert.com
Email: cgarvan@johnsonwebbert.com

*Counsel to Plaintiffs*


/s/ Adam Taylor
Taylor, McCormack & Frame
30 Milk Street
Portland, ME 04101
Tel: (207) 828-2005
Email: ataylor@TMFattorneys.com

*Counsel to Defendants*

## Certificate Of Service

I hereby certify that on December 13, 2016, I electronically filed this filing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record:

Adam Taylor, Esq.
Andre Duchette, Esq.
H. Ilse Teeters-Trumpy, Esq.
Taylor, McCormack & Frame, LLC
30 Milk St., 5th Floor
Portland, ME 04101
ataylor@tmfattorneys.com
aduchette@tmfattorneys.com
iteeterstrumpy@tmfattorneys.com

/s/ Jeffrey Neil Young
Jeffrey Neil Young
Johnson, Webbert & Young, LLP
160 Capitol Street, Suite 3
P.O. Box 79
Augusta, ME 04332-0079
(207) 623-5110
jyoung@johnsonwebbert.com